George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Ulualoha H. Naumu*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ulualoha H. Naumu,<br>　　　　　　Plaintiff,<br>v.<br><br>Consumer Portfolio Services, Inc.,<br>　　　　　　Defendant. | Case No.: 2:20-cv-00931-JCM-DJA<br><br>**Notice of voluntary dismissal of Consumer Portfolio Services, Inc with prejudice** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Ulualoha H. Naumu voluntarily dismisses with prejudice the claims against Consumer Portfolio Services, Inc in this case. Each party will bear its own costs, disbursements, and attorney fees.

　　　Dated: June 3, 2021.

　　　　　　　　　　　　　　　　　　　Freedom Law Firm

　　　　　　　　　　　　　　　　　　　 /s/ George Haines
　　　　　　　　　　　　　　　　　　　George Haines, Esq.
　　　　　　　　　　　　　　　　　　　Gerardo Avalos, Esq.
　　　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 350
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Ulualoha H. Naumu*

Notice　　　　　　　　　　　　　　　- 1 -